# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 19, 2018

## NO. 03-18-00155-CV

**Backyard Partners, LLC and Christopher Milam, Appellants**

**v.**

**Outlier Energy, LLC, Appellee**

## APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
## DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE GOODWIN

Backyard Partners, LLC and Christopher Milam filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.